ACCEPTED
01-15-00320-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/13/2015 3:22:13 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00320-CV

_____

**IN THE COURT OF APPEALS FOR THE
FIRST JUDICIAL DISTRICT
HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/13/2015 3:22:13 PM
CHRISTOPHER A. PRINE
Clerk

_____

REVENEW INTERNATIONAL, LLC, Appellant,

vs.

PSC INDUSTRIAL OUTSOURCING, LP, Appellee.

_____

On Appeal from the 281st Judicial District Court
Harris County, Texas
Trial Court Case No. 2013-59946

_____

**UNOPPOSED MOTION TO DISMISS APPEAL AS MOOT**

_____

Lauren J. Harrison
Lara D. Pringle
**Jones Walker LLP**
1001 Fannin Street, Suite 2450
Houston, Texas 77002
Telephone:  713/437-1800
Facsimile:  713/437-1810
*lharrison@joneswalker.com*
*lpringle@joneswalker.com*

**Counsel for Appellant**

{HD071986.1}

# UNOPPOSED MOTION TO DISMISS APPEAL AS MOOT

NOW INTO COURT, through undersigned counsel, comes Defendant/Appellant Revenew International, LLC ("Revenew") and moves this Court to dismiss the present appeal as moot. In particular, Plaintiff/Appellee PSC Industrial Outsourcing, LP ("PSC") recently non-suited the underlying district court action from which the present appeal arising, which action was dismissed without prejudice. *See* Exhibit A. Given the dismissal of the underlying action, the present appeal has been mooted and should be dismissed. Counsel for PSC is unopposed to this motion.

WHEREFORE Revenew respectfully requests that this Court grant the present motion and dismiss the present appeal as moot. A proposed order is attached for the Court's convenience.

Respectfully submitted:

**JONES WALKER LLP**

*/s/ Lauren J. Harrison*
LAUREN J. HARRISON
State Bar No. 24025840
*lharrison@joneswalker.com*
LARA D. PRINGLE
State Bar No. 24056164
*lpringle@joneswalker.com*
1001 Fannin Street, Suite 2450
Houston, Texas 77002
Tel. (713) 437-1800/Fax: (713) 437-1810
**ATTORNEYS FOR APPELLANT
REVENEW INTERNATIONAL, LLC**

1

{HD071986.1}

## CERTIFICATE OF CONFERENCE

I certify that on October 13, 2015, I conferred with counsel for Plaintiff/Appellee PSC Industrial Outsourcing, LP. PSC is unopposed to this Motion to Dismiss.

*/s/ Lauren J. Harrison*

_____

Lauren Harrison

## CERTIFICATE OF SERVICE

I certify that on October 13, 2015, a true and correct copy of the above and foregoing document was served upon the following counsel by electronic service through the state-provided EFSP Efile.txcourts.gov:

Todd W. Mensing
Chris W. Lacy
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, PC
1221 McKinney, Suite 3460
Houston, TX 77010
Facsimile: 713/655-0062

*/s/ Lauren J. Harrison*

_____

Lauren Harrison

2

{HD071986.1}